# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-1482--CV

**Caption [use short title]**

**Motion for:** Supplemental Appendix to Appellants' Reply Brief

**Set forth below precise, complete statement of relief sought:**

1. Dismissal of Appellees' Brief
2. The appellant also request the Second Circuit Court to investigate the criminal responsibility of the three defendants for providing false oaths and story lines to the judicial system!
3. Request the Honorable Justice to revoke the "DECISION AND ORDER".

SiyuYang et al v. Eastman School of Music et al

RECEIVED 2021 NOV 16 PM 1:44 CLERK'S OFFICE U.S. COURT OF APPEALS

**MOVING PARTY:** Siyu Yang & Lu Yang   **OPPOSING PARTY:** Eastman School of Music et al

[✔] Plaintiff    [ ] Defendant
[✔] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Pro-se    **OPPOSING ATTORNEY:** Laura H. Harshbarger/Mara D. Afzali

[name of attorney, with firm, address, phone number and e-mail]

BOND SCHOENECK & KING PLLC
One Lincoln Center 110 West Fayette Street
Syracuse, NY 13202

**Court- Judge/ Agency appealed from:** Elizabeth Wolford

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes    [ ] No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes  [ ] No
Has this relief been previously sought in this court?   [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

Is oral argument on motion requested?   [✔] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes  [✔] No  If yes, enter date: _____

**Signature of Moving Attorney:**
[signature]   **Date:** 11/11/2021   Service by: [ ] CM/ECF  [✔] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 21-1482

---

UNITED STATES COURTS OF APPEALS
FOR THE SECOND CIRCUIT

---

SIYU YANG
LU YANG

Plaintiff-Appellants,

V.

UNIVERSITY OF ROCHESTER/EASTMAN SCHOOL OF MUSIC
MATTHEW ARDIZZONE
JAMAL J. ROSSI
MERCEDES RAMIREZ FERNANDEZ
SARAH H. MANGELSDORF

Defendants-Appellees

---

OnAppeal from the United States District Court
for the Western District of New York

---

**Form_T-1080 and Statement**

Siyu Yang & Lu Yang, Pro Se
320 Southwood Circle
Syosset NY 11791-571420
(202) 599-1650

RECEIVED 2021 NOV 16 PM 1:03 CLERK'S OFFICE U.S. COURT OF APPEALS

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

## I. This case involves Constitutional concept, Federal Law and some state law issues

1. This case involved the issue of "racial discrimination", including the so-called "racist speech" of the appellant SIYU YANG (abbreviation: SY) and the violation of SY's "free speech". This was the original theme of this case. At the same time, it also includes the appellee's "Racial discrimination" issue.

2. It also includes the "racial discrimination" of the appellee against the plaintiff SY.

3. The defendant slandered the plaintiff SY infringement constitutes the problem.

4. The defendant did not give the plaintiff SY due process protection.

5. Contract issues between the plaintiff and the defendant (state law issues).

6. The defendant colluded with the CCP to harm the plaintiff SY was one of the motives of the defendant (criminal issue).

7. Including CPLR Article 78 special procedures issues, the plaintiff also raised "injunctive relief" (state law issues).

All the lawsuits raised above in this case are inseparable due to interdependence and interrelation. The constitutional concepts and federal

1

law issues involved are based on all the evidence provided by the plaintiff. The appellant clearly stated in the previous complaint, previous rebuttal motions, appeal summary, and this rebuttal summary of the defendant.

**Therefore, if Judge ELIZABETH WOLFORD (abbreviation: EW) of the Federal Western District Court finds that there are no federal issues in this case or that the federal issues are unclear, then all or part of the cause of action in this case should be transferred to the New York State Court for trial immediately, and should not After more than 7 months, the appellant's prosecution was rejected with such absurd grounds, deceiving and playing tricks on the plaintiff without a lawyer.**

**II. Judge EW of the Federal Western District Court distorted the original meaning of the plaintiff's article, avoided the truth of the facts, distorted some of the facts in this case, and ignored the key evidence provided by the plaintiff, thus failing to protect the plaintiff for due process, resulting in a verdict in violation of the law.**

1. The relevant "Universal Declaration of Human Rights" mentioned in the complaint is only intended to remind those with conscience that there is "universal value" in the world, but here it is used by the EW judge and the

defendant to distort the facts of the case, subvert the nature of the federal problem, and deliberately Disturb the public's sight, obscure people's eyes and ears, and confuse concepts! To pave the way for the verdict in violation of the law.

2. The plaintiff accused the defendant of colluding with the CCP to deliberately frame the plaintiff SY without due process. These are facts proved by conclusive evidence. However, the defendant and Judge EW confuse the issue of the defendant's collusion with the CCP with the so-called "state behavior"! (See DECISION AND ORDER for details) Use this despicable method to cover up the truth! Obviously, if the appellee had dealt with the problem through due and legally agreed procedures, no matter how long the defendant had colluded with the CCP, the plaintiff would not accuse the defendant of the individual persecution of the plaintiff SY. Here the plaintiff is a combination of the two types evidences, Indispensable!

3. The defendant's collusion with the Chinese Communist Party was one of the motives for the frame of the plaintiff. This issue is a criminal act. Judge EW has the obligation and responsibility to submit this issue to the FBI and prosecutors for further investigation, and should not disturb the public's sight here.

4. The defendant and Judge EW deliberately confuse the defendant's "collusion with the CCP" with the so-called "political issue". The purpose is to use the so-called "political issue" to prevent the application of Chapter 6 of the Civil Rights Law in this case. Judge EW and the defendant were talking nonsense without showing any evidence to the court, and openly tampered with the historical fact that the plaintiff was persecuted by the CCP! This point was stated as early as the plaintiff LU YANG (abbreviation: LY) written to the defendant MATTHEW ARDIZZONE (abbreviation: MA) on 06/15/2020 (Note: 6:21-CV-06168-EAW, DOC 1, P40-45), the plaintiff, LY, was not a student of the 6/4 Incident in 1989. He was not persecuted by the CCP for political reasons and went into exile in the United States at the time! This fact can be investigated and collected by relevant agencies in the United States, and there is also a large amount of information on the Internet.

5. The plaintiff has evidence to prove that the defendant violated the 2019-2020 version of the "Student Handbook" and treated the plaintiff SY differently. The appellee violated the constitutional concept of protecting students' freedom of speech as promised in the "Student Handbook" and gave all students due process Relevant clauses (Note: Hearing Procedure).Moreover, in the current state court proceedings, the defendant continues to discriminate against the plaintiff SY. In the process of the

plaintiff SY's appeal to the university, there was a deliberate "framing" (see Evidence 6:21-CV-06168-EAW, DOC 1, P54), but Judge EW deliberately avoided the evidence, the Civil Rights Law It is clearly stipulated that institutions that receive federal financial aid are prohibited from having any "racial discrimination" issues. Therefore, Chapter 6 of the Civil Rights Act is fully applicable to this case.

6. In the Federal Western District Court, each defendant did not produce any evidence (Note: In the current Monroe County Court trial, the defendant submitted "perjury" to the state court on 09/13/2021), and the defendant filed a "dismissal of the lawsuit" "In the motion, each defendant did not provide the court with a notarized oath. Under this circumstance, the defendant's lawyers have proposed a large number of so-called cases that have nothing to do with this case! Based on this, Judge EW made an absurdly illegal "decision". It is obvious that Judge EW is reviewing and studying historical cases rather than hearing this case! Her behavior violated the Equal Protection Clause of the 14th Amendment of the Constitution and caused new unfairness to the appellant!

7. The plaintiff confirmed based on the evidence and supporting statements that there are indeed constitutional concepts and federal legal issues in this case. Therefore, the Federal Western District Court judges should also hear state law issues. Since Judge EW did not immediately

5

transfer the state law issues in this case to the state courts, the case must also be heard . State law issue!

8. "Race discrimination" is a very serious illegal act. Confirm whether the plaintiff SY's remarks are "racism". This is the original theme of this case! This theme itself is the basic "federal issue" that the Federal Court must adjust! Similarly, this case also reflects the defendant's "racial discrimination" against the Chinese. The plaintiff has made it very clear with a large amount of evidence and statements.

9. The appellant did not think that the plaintiff SY's remarks belonged to the category of "racial discrimination". It merely cited online investigation conclusions and third-party remarks. The appellee is not an expert in evaluating such issues, and his university is not an expert certification body. No one has the right and qualifications to confirm who is a "racist" without due process and impose punishment! The defendant carried out the ignorant and bastard "Cancel culture" at the university, and engaged in an evil, CCP-style "Cultural Revolution". The plaintiff and the defendant had huge differences on this! Regarding this particular factual issue, the trial should have been conducted by a "jury", and the issue of "defamation" should also be included in the trial. However, Judge EW single-handedly determined that it caused judicial injustice!

10. This case involves issues such as "human rights violations", "free speech", "defamation", "due process", "racial discrimination", etc. The plaintiff has disclosed all the "causes" with conclusive evidence and statements. The plaintiff proposed in this case All the causes of action and claims for are completely interrelated and indivisible, and the consequences are exactly the same. Therefore, all the causes of action mentioned point to the same kind of defamation claim.

**III. The appellee submitted fictitious perjury to the judicial system, the Monroe County Court of New York State on 09/13/2021**

1. It is the first time that the defendant MATTHEW ARDIZZONE (referred to as MA) and defendant JAMAL ROSSI (referred to as JR) submitted to the state courts forged testimony and fictitious facts ( see: MONROE COURT DOC. NO. 36 ,38,45 /APPENDIX: PAGE 3-44 ), MA and JR respectively confirmed that Ms. Donna Fox, Associate Dean of Academic and Student Affairs, also participated in the discussion of the so-called "consultation group" on 06/17/2020, and passed unanimously, Expelled SIYU YANG (abbreviated as SY). However, it is ridiculous and sad that Ms. Donna Fox sent an E-MAIL to SY on 06/26/2020 to arrange a piano teacher for him ( Evidence: Case 6:21-CV-06168-EAW, DOC 1, Page 55, Filed 02/18/2021 / APPENDIX: PAGE 1-2 ). The plaintiff based

on this conclusive evidence shows that the two defendants have submitted false sworn testimony to the court (note: there is also evidence to prove that the ZOOM network is suspected of being infiltrated by the CCP )!

2. The evidence provided by MA to the state court for the first time (state court file number: DOC. NO. 38, EXHIBIT 2 / APPENDIX PAGE 14) deliberately erased the E-MAIL address of the whistleblower suspected of colluding with the Chinese Communist Party, and its behavior was completely For conspiracy to tamper with evidence, the plaintiff can completely determine that this evidence is forged by MA. If this person does exist, he should be one of the witnesses in this case!

3. The plaintiff noticed that Ms. RAMIREZ FERNANDEZ (abbreviated as RF), one of the four defendants, did not submit an affidavit to the state court, and the motion for a "summary judgment" should also be submitted by the defendant RF. JR and the president of the university SARAH MANGELSDORF ( Referred to as SM) Attempt to swear an oath on behalf of RF!

It can be seen that group of criminals has no credibility at all. It is completely like a group of criminal fraudsters who fabricated facts. The appellant also submitted the behavior of the appellee in the state court to the Second Federal Circuit for review. The appellant also request the

Second Circuit Court to investigate the criminal responsibility of the three defendants for providing false oaths and story lines to the judicial system! In view of the above facts and all the reasons, anything the defendant said is unbelievable, and the appellant did not foresee that the defendant would be so depraved! Judge EW, without confirming the facts, right and wrong, and distorting the nature of the case, only bases the case on the case cited by the defendant that has nothing to do with the case, abusing the case law and abuse of discretion! The appellant requested the Honorable Justice to revoke the CV-06691 EAW/ CV-06168 EAW "DECISION AND ORDER" of the Federal Western District Court, and rejected the brief submitted by the appellee on 09/30/2021.

**Appellant: SIYU YANG**
          **LU YANG**

**Date: 11/11/2021**

**Federal Rules of Appellate Procedure Form 6. Certificate of Compliance With Type-Volume Limit**

Certificate of Compliance With Type-Volume Limit,
Typeface Requirements, and Type-Style Requirements

1. This document complies with [the type-volume limit of Fed. R. App. P. [*insert Rule citation; e.g., 32(a)(7)(B)*]] [the word limit of Fed. R. App. P. [*insert Rulecitation; e.g., 5(c)(1)*]] because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) [and [*insert applicable Rule citation, if any*]]:

    ■ this document contains [*1863*] words, **or**

    ☐ this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

    ■ this document has been prepared in a proportionally spaced typeface using [*WPS Office*] in [*14; Times New Roman*], **or**

    ☐ this document has been prepared in a monospaced typeface using [*state name and version of word-processing program*] with [*state number of characters per inch and name of type style*].

(s) [signature]

Attorney for N/A

Dated: 11/11/2021

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG and LU YANG

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

v.

UNIVERSITY OF ROCHESTER et al

I, SIYU YANG AND LU YANG, hereby certify under penalty of perjury that on 11/15/2021 (date), I served a copy of Form_T-1080

Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery      **___ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| MERCEDES R. FERNANDEZ | 500 Joseph C. Wilson Blvd | ROCHESTER | NY | 14627 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG and LU YANG

v.

UNIVERSITY OF ROCHESTER et al

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

I, SIYU YANG AND LU YANG, hereby certify under penalty of perjury that on 11/15/2021 (date), I served a copy of Form_T-1080 Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery     ** ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| JAMAL J. ROSSI | 26 Gibbs Street | ROCHESTER | NY | 14604 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG and LU YANG

v.

UNIVERSITY OF ROCHESTER et al

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

I, SIYU YANG AND LU YANG (print name), hereby certify under penalty of perjury that on 11/15/2021 (date), I served a copy of Form_T-1080 Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery    **___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| MATTHEW ARDIZZONE | 26 Gibbs Street | ROCHESTER | NY | 14604 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG and LU YANG

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

v.

UNIVERSITY OF ROCHESTER et al

I, SIYU YANG AND LU YANG, hereby certify under penalty of perjury that
(print name)
on 11/15/2021, I served a copy of Form_T-1080
(date)
Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery    ** ___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| SARAH C. MANGELSDORF | 500 Joseph C. Wilson Blvd | ROCHESTER | NY | 14627 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date

[signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG AND LU YANG

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

v.

UNIVERSITY OF ROCHESTER ET AL

I, SIYU YANG AND LU YANG, hereby certify under penalty of perjury that on 11/15/2021 (date), I served a copy of Form_T-1080 Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery    **✱✱** United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| LAURA H. HARSHBARGER | 1 LINCOLN CENTER 110 W FAYETTE ST | SYRACUSE | NY | 13202 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

SIYU YANG AND LU YANG

**CERTIFICATE OF SERVICE***

Docket Number: 21-1482

v.

UNIVERSITY OF ROCHESTER ET AL

I, SIYU YANG AND LU YANG, hereby certify under penalty of perjury that
   (print name)
on 11/15/2021, I served a copy of Form_T-1080
   (date)
Local Rule 24.1 / statement

(list all documents)

by (select all applicable)**

___ Personal Delivery          **__ United States Mail          ___ Federal Express or other
                                                                     Overnight Courier

___ Commercial Carrier          ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| MARA DEW AFZALI | 22 CORPORATE WOODS BLVD, SUITE 501 | ALBANY | NY | 12211 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

11/15/2021
Today's Date                                                    Signature

Certificate of Service Form (Last Revised 12/2015)

Ying Zhu /Lu Yang

320 SOUTHWOOD CIR SYOSSET

NY 11791

Catherine O'Hagan Wolfe
CLERK'S OFFICE
United States Court of Appeals
Thurgood Marshall
40 Foley Sq
New York NY 10007

P:PURPLE:BACK :017
40B-4000
1Z9352X3425784 4660
SAT08485 Nov 16 04:40:03 2021
US 1001 HIPPS 21.9.0 SAT08485sL

