# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November, two thousand twenty-one.

| | |
|---|---|
| Siyu Yang, Lu Yang, | **ORDER** |
| Plaintiffs - Appellants, | Docket Nos. 21-1482 |
| v. | |
| Eastman School of Music, University of Rochester, Matthew Ardizzone, Jamal J. Rossi, Mercedes Ramirez Fernandez, Sarah C. Mangelsdorf, | |
| Defendants - Appellees. | |

Appellants, *pro se*, move to strike Appellees' brief and for leave to file a supplemental appendix with their reply brief.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court