# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of December, two thousand twenty-one.

_____

Siyu Yang, Lu Yang,

        Plaintiffs - Appellants,

v.

Eastman School of Music, University of Rochester, Matthew Ardizzone, Jamal J. Rossi, Mercedes Ramirez Fernandez, Sarah C. Mangelsdorf,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 21-1482

    Appellants, *pro se*, move for the Court to accept their late-filed reply in support of their motion to strike and to file a supplemental appendix. Appellees do not oppose the late-filing of Appellants' reply.

    IT IS HEREBY ORDERED that the motion to file a late reply is GRANTED.

                                                               For the Court:

                                                               Catherine O'Hagan Wolfe,
                                                               Clerk of Court